ACCEPTED
04-14-00899-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/30/2015 4:24:07 PM
KEITH HOTTLE
CLERK

**No. 04-14-00899-CV**

| | | |
|---|---|---|
| LAURA LETICIA ZEPEDA VASQUEZ, individually and on behalf of the ESTATE OF JOSE ABRAHAM VASQUEZ JR., Appellant, | § § § § § § § § § § § | IN THE COURT OF APPEALS FILED IN 4th COURT OF APPEALS SAN ANTONIO, TEXAS 04/30/2015 4:24:07 PM KEITH E. HOTTLE Clerk FOURTH DISTRICT |
| v. | | |
| LEGEND NATURAL GAS III L.P., et al., Appellees. | | SAN ANTONIO, TEXAS |

# VIRTEX APPELLEES' MOTION FOR EXTENSION

Virtex Operating Co. Inc. and Virtex Holdings L.L.P. (collectively, "the Virtex appellees"), two of the appellees, make this motion for extension of time for their appellees' brief.

## I. BACKGROUND

1. This motion is made under Rules of Appellate Procedure 10.5(b) and 38.6(d).

2. Counsel for the Virtex appellees conferred with counsel for the appellant and confirmed that the relief sought by this motion is not opposed.

3. This is the Virtex appellees' first motion for extension of time for the filing of its appellees' brief. TEX. R. APP. P. 10.5(b)(1)(D).

1

## II. GROUNDS AND AUTHORITIES

4. The Court may, under Rule of Appellate Procedure 38.6(d), extend the time to file a brief.

5. The online docket shows an April 30, 2015, deadline for appellees' briefs.

6. The Virtex appellees request an additional 14 days (to May 14, 2015), to file their appellees' brief. Brian Miller, the undersigned lead appellate counsel for the Virtex appellees, has spent a substantial part of the briefing period so far on the following matters, among others: (1) preparing trial and appellate court filings in opposition to a Rule of Civil Procedure 202 petition for pre-suit depositions in *In re Madrigal*, No. 15-124-D, in the 105th District Court, Kleberg County, and No. 13-15-203-CV in the Thirteenth Court of Appeals; (2) preparing summary judgment motions in a commercial construction defect case, *Hensel Phelps Inc. v. Royal American Services Inc.*, No. 2014-593, in the 11th District Court, Harris County; and (3) preparing for and attending oral argument in the appeal of a wrongful death case, *Westfreight Systems Inc. v. Heuston*, No. 4-14-124-CV, in this Court. A 14-day extension is requested to provide ample time for the preparation of a brief of desired quality in this case.

7. For these reasons, good cause exists for the requested extension.

2

8. The facts in this motion are within the personal knowledge of the attorney signing this motion.  Tex. R. App. P. 10.2.

## PRAYER FOR RELIEF

For the reasons stated above, the Virtex appellees ask that the Court grant an extension of time to May 14, 2015, to file their appellees' brief.

Respectfully submitted,

/s/ Brian Miller
Brian Miller (lead)
State Bar No. 24002607
Christopher Lowrance
State Bar No. 00784502

Royston Rayzor
Vickery & Williams L.L.P.
Frost Bank Plaza, Suite 1300
802 N. Carancahua St.
Corpus Christi, TX  78401
Tel. No. (361) 884-8808
Fax No. (361) 884-7261
E-mail: brian.miller@roystonlaw.com

*Appellate counsel for the Virtex appellees*

## CERTIFICATE OF CONFERENCE

On April 30, 2015, the undersigned conferred by telephone with Jeffrey Dorrell, counsel for the appellees, who advised that the extension sought by this motion is not opposed.

/s/ Brian Miller
Brian Miller

## CERTIFICATE OF SERVICE

I certify that a true copy of this document was served via the e-filing system (if the individual was registered for service) and as shown below on April 30, 2015:

*Email: jdorrell@hanszenlaporte.com*
Jeffrey L. Dorrell
HANSZEN LAPORTE L.L.P.
11767 Katy Fwy., Ste. 850
Houston, TX 77079

*Attorney for appellant Leticia Zepeda Vasquez*

*Email: ihuron@lawdcm.com*
Isaac J. Huron
DAVIS CEDILLO & MENDOZA INC.
McCombs Plaza, Suite 500
755 E. Mulberry Ave.
San Antonio, TX 78212

*Attorney for appellee Legend Natural Gas III, LP and Legend Natural Gas, LLC*

*Email: jeg@gvlaw.net*
Jose E. Garcia
GARCIA & VILLARREAL L.L.P.
4311 N. McColl Rd.
McAllen, TX 78504

*Attorney for appellee XTO Energy, Inc.*

*Email:babernathy@dakpc.com*
William A. Abernethy
DONNELL ABERNETHY &
KIESCHNICK P.C.
555 N. Carancahua, Ste. 1700
Corpus Christi, TX 78401-0853

*Attorney for appellee Rosetta Resources Operating, LP*

*Email: dortega@namanhowell.com*
*rmcnitzky@namanhowell.com*
David L. Ortega
Richard McNitzky
NAMAN HOWELL SMITH
& LEE P.L.L.C.
Union Square II
10001 Reunion Place, Suite #600
San Antonio, TX 78216

*Attorney for appellees Lewis Energy Group, LP and Lewis Petro Properties, Inc.*

*Email: mrodriguez@atlashall.com*
E. Michael Rodriguez
ATLAS HALL & RODRIGUEZ L.L.P.
P.O. Box 6369
50 W. Morrison Rd., Ste. A
Brownsville, TX 78523-6369

*Attorney for appellees Enterprise Products Holdings L.L.C. and Enterprise Products Company*

/s/ Brian Miller
Brian Miller

5